JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTION INC.,** | Case No. CV 13-08975 WDK (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **ROBERT MAHER, et al.,** | |
| Defendants. | |

The Application of J & J Sports Production Inc., for the entry of Default Judgment as to defendants Robert Maher, individually and d/b/a Alberto's Mexican Restaurant, and Rah Rah Rah, Inc., an unknown business entity, individually and d/b/a Alberto's Mexican Restaurant, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Production Inc., against defendants Robert Maher, individually and d/b/a Alberto's Mexican Restaurant, and Rah Rah Rah, Inc., an unknown business entity, individually and d/b/a Alberto's Mexican Restaurant, as follows:

      (a)    defendants Robert Maher, individually and d/b/a Alberto's Mexican Restaurant, and Rah Rah Rah, Inc., an unknown business entity, individually and d/b/a Alberto's Mexican Restaurant, shall pay the plaintiff, J & J Sports Production Inc., $7,700.00 in total damages plus attorneys' fees in the amount of $970.00 plus costs.

      IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: February 5, 2015

_____

William Keller
United States District Judge